UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BOB MEADOWS,

                    Plaintiff,

      -against-

PLANET AID, INC. et al.,

                  Defendants.
-----------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **DEC 05 2011**

**BROOKLYN OFFICE**

**MEMORANDUM & ORDER**
08-CV-2846 (SLT) (ALC)

**TOWNES, United States District Judge:**

On August 2, 2011, *pro se* Plaintiff, Bob Meadows, filed a document entitled "Plaintiff's Motion for 12 (B) (1) is Subject Matter Jurisdiction and Relief" detailing various acts of misconduct allegedly committed by Defendants. Rule 12 motions are filed in order to dismiss a complaint. Presumably, Plaintiff does not wish to dismiss his own complaint. As there is also no indication that Defendants have filed any counterclaims against Plaintiff, Rule 12(b)(1) has no appropriate application here.

To the extent that Plaintiff intended this motion to be a motion for reconsideration of the Court's order, dated July 7, 2011, granting summary judgment in favor of Defendants as to all claims except Plaintiff's Fair Labor Standards Act claim, the motion is denied. Plaintiff has not directed the Court to any "controlling decisions or data that the court overlooked...that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp. Inc.*, 70 F.3d 255, 257 (2d Cir. 1995).

## CONCLUSION

For the reasons stated above, to the extent Plaintiff's motion is a motion for

reconsideration, it is denied.


**SO ORDERED.**


SANDRA L. TOWNES
United States District Judge

Dated: December 2 , 2011
      Brooklyn, New York

2